## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br><br>Plaintiff,<br><br>v.<br><br>HOLT EQUIPMENT COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-0772 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry

Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's

Liquidating Trust, and the above-captioned Defendant, Holt Equipment Company, that the

above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the

Federal Rules of Bankruptcy Procedure.

---

[1]  NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

612510v1

Dated: ~~December~~ January 3 , 200~~5~~6

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:     (973) 597-2500

-and-

THE BAYARD FIRM

Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000

Co-Counsel for Perry Mandarino, not
personally, but as Trustee for the
NationsRent Unsecured Creditor's
Liquidating Trust

CICONTE, ROSEMAN & WASSERMAN

Jeffrey P. Wasserman, Esquire (No. 2184)
1300 King Street
Wilmington, DE 19801
Telephone:     (302) 658-7101

Counsel for Holt Equipment Company