## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 3rd day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA U.S. MAIL

Jeffrey P. Wasserman, Esquire
*Ciconte, Roseman & Wasserman*
PO Box 1126
Wilmington, DE 19899

Mary E. Augustine (No. 4477)